IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KLAUS PETRY,<br><br>    Defendant and Judgment Debtor.<br>MERIWEST CREDIT UNION,<br><br>    Garnishee. | Case No. : 2:18-MC-00017-TLN-DB<br><br>**ORDER TERMINATING THE WRIT OF GARNISHMENT**<br><br>Criminal Case No.: 2:97-CR-00242-EJG |

    The Court, having reviewed the court files and the United States' Application for Order Terminating the Writ of Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued under this miscellaneous case number against Klaus Petry is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B) and this case is hereby CLOSED.

    IT IS SO ORDERED.

Dated: June 29, 2018

                                                         Troy L. Nunley
                                                         United States District Judge

ORDER TERMINATING THE WRIT OF GARNISHMENT

1